A CERTIFIED TRUE COPY

AUG 1 6 2004

ATTEST
FOR THE JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FILED
LODGED
RECEIVED   MAIL

JUL 29 2004

FILED
CLERK'S OFFICE

**DOCKET NO. 1407**

AUG 24 2004

CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY_____ DEPUTY

BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

**IN RE PHENYLPROPANOLAMINE (PPA) PRODUCTS LIABILITY LITIGATION**

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

AUG 31 2004

JAMES W. McCORMACK, CLERK
By: _____ DEP CLERK

(SEE ATTACHED SCHEDULE)
4:04cv99

**CONDITIONAL TRANSFER ORDER (CTO-50)**

On August 28, 2001, the Panel transferred eight civil actions to the United States District Court for the Western District of Washington for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. Since that time, 1,647 additional actions have been transferred to the Western District of Washington. With the consent of that court, all such actions have been assigned to the Honorable Barbara Jacobs Rothstein.

It appears that the actions on this conditional transfer order involve questions of fact which are common to the actions previously transferred to the Western District of Washington and assigned to Judge Rothstein.

Pursuant to Rule 7.4 of the <u>Rules of Procedure of the Judicial Panel on Multidistrict Litigation,</u> 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Western District of Washington for the reasons stated in the order of August 28, 2001, 173 F.Supp.2d 1377 (J.P.M.L. 2001), and, with the consent of that court, assigned to the Honorable Barbara Jacobs Rothstein.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Western District of Washington. The transmittal of this order to said Clerk shall be stayed fifteen (15) days from the entry thereof and if any party files a notice of opposition with the Clerk of the Panel within this fifteen (15) day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

Michael J. Beck
Clerk of the Panel

Inasmuch as no objection is
pending at this time, the
stay is lifted.

AUG 13 2004

CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

CERTIFIED TRUE COPY
ATTEST: BRUCE RIFKIN
Clerk, U.S. District Court
Western District of Washington
By_____
     Deputy Clerk

**14**

# SCHEDULE CTO-50 - TAG ALONG ACTIONS
## DOCKET NO. 1407
## IN RE PHENYLPROPANOLAMINE (PPA) PRODUCTS LIABILITY LITIGATION

DISTRICT  DIV.  C.A.#

**ARKANSAS EASTERN**
  ARE    4  04-99    Curtis Dunn, et al. v. Wal-Mart Stores, Inc., et al.   CV04-1844

**MINNESOTA**
  MN     0  04-2647  Lisa Geldon v. Chattem, Inc.   CV04-1845

**MISSISSIPPI SOUTHERN**
  MSS    2  04-37    James H. Ainsworth, et al. v. Wyeth, et al.   CV04-1846
  MSS    2  04-38    Daniel Lang, et al. v. Wyeth, et al.   CV04-1847
  MSS    2  04-76    Sally Mae Barlow, et al. v. GlaxoSmithKline, PLC, et al.
  MSS    2  04-77    J.W. Roy, et al. v. Block Drug Co., Inc., et al.   CV04-1848

**VIRGINIA EASTERN**
  VAE    1  04-598   Pamela L. Crowe v. Bayer Corp., et al.   CV04-1849

CV04-1850

# UNITED STATES OF AMERICA
# JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

**CHAIRMAN:**
Judge Wm. Terrell Hodges
United States District Court
Middle District of Florida

**MEMBERS:**
Judge John F. Keenan
United States District Court
Southern District of New York

Judge D. Lowell Jensen
United States District Court
Northern District of California

Judge J. Frederick Motz
United States District Court
District of Maryland

Judge Robert L. Miller, Jr.
United States District Court
Northern District of Indiana

Judge Kathryn H. Vratil
United States District Court
District of Kansas

Judge David R. Hansen
United States Court of Appeals
Eighth Circuit

**DIRECT REPLY TO:**

Michael J. Beck
Clerk of the Panel
One Columbus Circle, NE
Thurgood Marshall Federal
Judiciary Building
Room G-255, North Lobby
Washington, D.C. 20002

Telephone: [202] 502-2800
Fax:       [202] 502-2888

http://www.jpml.uscourts.gov

August 16, 2004

Bruce Rifkin, Clerk
215 William Kenzo Nakamura U.S. Courthouse
1010 Fifth Avenue
Seattle, WA 98104-1130

Re: MDL-1407 -- In re Phenylpropanolamine (PPA) Products Liability Litigation

(See Attached Schedule CTO-50)

[Stamp: FILED / LODGED / RECEIVED  MAIL  AUG 2 4 2004  CLERK U.S. DISTRICT COURT AT SEATTLE  WESTERN DISTRICT OF WASHINGTON  BY _____ DEPUTY]

Dear Mr. Rifkin:

I am enclosing one certified copy and additional copies of a conditional transfer order filed by the Panel in the actions listed on the attached schedule on July 29, 2004. The Panel's governing statute, 28 U.S.C. §1407, requires that the transferee clerk "...transmit a certified copy of the Panel's order to transfer to the clerk of the district court from which the action is being transferred." As stipulated in Rule 7.4(a) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435 (2001), transmittal of the order has been stayed 15 days to give any party an opportunity to oppose the transfer if they wish to do so. The 15-day period has now elapsed, no opposition was received, and the order is directed to you for filing.

A list of involved counsel is attached.

Very truly,

Michael J. Beck
Clerk of the Panel

By _____
Deputy Clerk

Attachments

cc: Transferee Judge:    Judge Barbara Jacobs Rothstein
    Transferor Judges:   Judge David C. Bramlette, Judge Joan N. Ericksen, Judge Gerald Bruce Lee,
                         Judge William R. Wilson, Jr.

    Transferor Clerks:   Elizabeth Paret, J.T. Noblin, James W. McCormack, Richard Sletten

JPML Form 38

# INVOLVED COUNSEL LIST FOR SCHEDULE CTO-50
## DOCKET NO. 1407
## IN RE PHENYLPROPANOLAMINE (PPA) PRODUCTS LIABILITY LITIGATION

M. Stephen Bingham
Cross, Gunter, Witherspoon
& Galchus, PC
500 President Clinton Avenue
Suite 200
P.O. Box 3178
Little Rock, AR 72203-3178

Sharon L. Caffrey
Duane Morris, LLP
One Liberty Place
1650 Market Street
Suite 4200
Philadelphia, PA 19103-7396

William M. Dalehite, Jr.
Steen, Dalehite & Pace
P.O. Box 900
Jackson, MS 39205-0900

Luke Dove
Dove & Chill
4266 I-55 North
Suite 108
Jackson, MS 39211

David E. Dukes
Nelson, Mullins, Riley
& Scarborough, LLP
1330 Lady Street
Keenan Bldg., 3rd Floor
P.O. Box 11070
Columbia, SC 29211-1070

Richard M. Edmonson
Armstrong Allen, PLLC
4450 Old Canton Road
Suite 210
P.O. Box 14028
Jackson, MS 39236-4028

Lawrence E. Hahn
McNeese & Hahn, PLLC
P. O. Drawer 948
Columbia, MS 39429

Douglas A. Hofmann
Williams, Kastner & Gibbs
P.O. Box 21926
Seattle, WA 98111

D. Joseph Hurson
Lane Powell Spears & Lubersky
1420 Fifth Avenue
Suite 4100
Seattle, WA 98101-2338

Donna B. Jacobs
Butler, Snow, O'Mara, Stevens
& Cannada
P.O. Box 22567
Jackson, MS 39225-2567

Keith D. Johnson
Johnson Law Office
247 3rd Avenue, South
Minneapolis, MN 55415

Edley H. Jones, III
Law Offices of Edley H. Jones, III, PLLC
P.O. Box 3171
Ridgeland, MS 39158-3171

Dana G. Kirk
Kirk Law Firm
4265 San Felipe Street
Suite 1450
Houston, TX 77027

Christian C. Michaels
Catlett & Stodola, PLC
Tower Building
323 Center Street, Suite 1800
Little Rock, AR 72201-2607

Dominique D. Michel
Miller & Associates
105 North Alfred Street
Alexandria, VA 22314

Trent Miracle
Simmons Firm
707 Berkshire Blvd.
East Alton, IL 62024

Lance Eugene Palmer
Levinson Friedman, P.S.
Pacific Building
720 Third Avenue, Suite 1800
Seattle, WA 98104-1845

John V. Phelps
Womack, Landis, Phelps, McNeill
& McDaniel
Century Center
301 West Washington
P.O. Box 3077
Jonesboro, AR 72403-3077

Charles F. Preuss
Drinker Biddle & Reath, LLP
225 Bush Street, 15th Floor
San Francisco, CA 94104

Steven W. Quattlebaum
Quattlebaum, Grooms, Tull
& Burrow, PLLC
111 Center Street
Suite 1900
Little Rock, AR 72201-3325

Randolph S. Sherman
Kaye Scholer, LLP
425 Park Avenue
12th Floor
New York, NY 10022

Chadwick Lester Shook
Aultman, Tyner, Ruffin
& Yarborough, Ltd.
P.O. Box 750
Hattiesburg, MS 39403-0750

Terry O. Tottenham
Fulbright & Jaworski, LLP
600 Congress Avenue
Suite 2400
Austin, TX 78701-2011

C. Crews Townsend
Miller & Martin
Volunteer Building, Suite 1000
832 Georgia Avenue
Chattanooga, TN 37402

Thomas W. Tyner
Aultman, Tyner, Ruffin
& Yarborough, Ltd.
P.O. Box 750
315 Hemphill Street
Hattiesburg, MS 39403-0750

John David Wilburn
McGuire Woods LLP
1750 Tysons Blvd.
Suite 1600
McLean, VA 22102-4215

Walter Laurence Williams
Wilson, Elser, Moskowitz, Edelman
& Dicker, LLP
8444 Westpark, Dr.
Suite 510
McLean, VA 22102

Charles J. Zauzig, III
Nichols Bergere Zauzig & Sandler, PC
12660 Lake Ridge Drive
Woodbridge, VA 22192

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JUL 29 2004

FILED
CLERK'S OFFICE

DOCKET NO. 1407

## BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

## IN RE PHENYLPROPANOLAMINE (PPA) PRODUCTS LIABILITY LITIGATION

## (SEE ATTACHED SCHEDULE)

## CONDITIONAL TRANSFER ORDER (CTO-50)

On August 28, 2001, the Panel transferred eight civil actions to the United States District Court for the Western District of Washington for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. Since that time, 1,647 additional actions have been transferred to the Western District of Washington. With the consent of that court, all such actions have been assigned to the Honorable Barbara Jacobs Rothstein.

It appears that the actions on this conditional transfer order involve questions of fact which are common to the actions previously transferred to the Western District of Washington and assigned to Judge Rothstein.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Western District of Washington for the reasons stated in the order of August 28, 2001, 173 F.Supp.2d 1377 (J.P.M.L. 2001), and, with the consent of that court, assigned to the Honorable Barbara Jacobs Rothstein.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Western District of Washington. The transmittal of this order to said Clerk shall be stayed fifteen (15) days from the entry thereof and if any party files a notice of opposition with the Clerk of the Panel within this fifteen (15) day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

Michael J. Beck
Clerk of the Panel

Inasmuch as no objection is
pending at this time, the
stay is lifted.

AUG 1 6 2004

CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

# SCHEDULE CTO-50 - TAG ALONG ACTIONS
# DOCKET NO. 1407
# IN RE PHENYLPROPANOLAMINE (PPA) PRODUCTS LIABILITY LITIGATION

DISTRICT   DIV.  C.A.#

ARKANSAS EASTERN
    ARE    4  04-99    Curtis Dunn, et al. v. Wal-Mart Stores, Inc., et al.

MINNESOTA
    MN    0  04-2647  Lisa Geldon v. Chattem, Inc.

MISSISSIPPI SOUTHERN
    MSS   2  04-37    James H. Ainsworth, et al. v. Wyeth, et al.
    MSS   2  04-38    Daniel Lang, et al. v. Wyeth, et al.
    MSS   2  04-76    Sally Mae Barlow, et al. v. GlaxoSmithKline, PLC, et al.
    MSS   2  04-77    J.W. Roy, et al. v. Block Drug Co., Inc., et al.

VIRGINIA EASTERN
    VAE   1  04-598   Pamela L. Crowe v. Bayer Corp., et al.

bm

UNITED STATES DISTRICT COURT
Eastern District of Arkansas
U.S. Court House
600 West Capitol, Suite 402
Little Rock, Arkansas 72201-3325

August 31, 2004

* * MAILING CERTIFICATE OF CLERK * *

Re:   4:04-cv-00099.

True and correct copies of the attached were mailed by the clerk to the following:

    Christian Campbell Michaels, Esq.
    Catlett & Stodola, PLC
    Tower Building
    323 Center Street
    Suite 1800
    Little Rock, AR   72201-2607

    Thomas G. Williams, Esq.
    Quattlebaum, Grooms, Tull & Burrow PLLC
    111 Center Street
    Suite 1900
    Little Rock, AR   72201-3325

    Steven W. Quattlebaum, Esq.
    Quattlebaum, Grooms, Tull & Burrow PLLC
    111 Center Street
    Suite 1900
    Little Rock, AR   72201-3325

    M. Stephen Bingham, Esq.
    Cross, Gunter, Witherspoon & Galchus, P.C.
    500 President Clinton Avenue, Suite 200
    Post Office Box 3178
    Little Rock, AR   72203-3178

    John V. Phelps, Esq.
    Womack, Landis, Phelps, McNeill & McDaniel
    Century Center
    301 West Washington
    Post Office Box 3077
    Jonesboro, AR   72403-3077

    Sharon L. Caffrey, Esq.
    Duane Morris LLP
    One Liberty Place

Suite 3900
1650 Market Street
Suite 4200
Philadelphia, PA   19103-7396

press

certified copy of Order and docket sheet sent with original pleadings to Bruce Rifkin, Clerk, Western District of Washington, 700 Stewart Street, Seattle, Washington 98104

James W. McCormack, Clerk

Date: 9/1/04         BY: [signature]